

LAW OFFICE OF
## ANTHONY C. DONOFRIO, PLLC.

5518 Merrick Rd.
Massapequa, NY 11758
Local: 516.797.9797
Toll Free: 877.507.9797
www.triallawyerny.com

Anthony C. Donofrio
Arnab Bhukta

Of Counsel:
Brian J. Davis
Kyle E. Norton

April 29, 2011

**Via ECF and Fax: (631) 712-5766**
Honorable A. Kathleen Tomlinson
100 Federal Plaza
Central Islip, NY 11722-9014

**Re:  SEAN LEGURNIC v. SALVATORE CICCONE et al.
Index Number: 09-CV-1436 (ADS) (AKT)**

Dear Hon. Judge Tomlinson,

Please allow this letter to serve as a official request to adjourn the conference scheduled for the above referenced matter to June 7, 2011 on consent of all parties. This office was able to get in touch with the pro se Defendant, Salvatore Ciccone and was able to properly serve him with the outstanding discovery requests from this office. Additionally, Mr. Ciccone has informed this office that he was attempting to retain counsel for this matter as well as provide me with his contract with the Bankruptcy Trustee of Agape, which this office must investigate and have meaningful conversations with prior to any appearance in this matter. For these reasons a consent adjournment is requested.

If you have any questions or need any additional information, please feel free to contact the undersigned.

Very Truly Yours,

Arnab Bhukta

CC:
Salvatore Ciccone – Via ECF and US Mail Delivery

1