# JOHN A. SERVIDER

### ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

November 29, 2011

**VIA FACSIMILE (631) 712-5766
VIA ELECTRONIC FILING**

Honorable Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**RE: LEGURNIC vs. CICCONE, et al
INDEX #: 09 CV 1436**

Dear Honorable Tomlinson:

Please be advised that the office of the Plaintiff and the Defendant are nearing the completion of discovery and we currently have depositions scheduled for December 14, 2011 at 10:00 a.m. at the law office of Anthony Donofrio. We are requesting that the conference that is scheduled for Wednesday, December 7, 2011, be adjourned to January 23, 2012, January 24, 2012, or January 27, 2012 or as the courts schedule will allow.

Furthermore, I personally will be unavailable on December 7, 2011 as I will be out of the Country on a cruise from December 5, 2011 until December 10, 2011. Please be further advised that I have spoken with my adversary, Arnab Bhukta from the law office of Anthony Donofrio, and he has consented to the adjournment. Please notify us of your position.

Very truly yours,

JOHN A. SERVIDER
JAS\hc

cc: Arnab Bhukta