


ADVOKATFIRMA AS

Fox Rothschild LLP
100 Park Avenue, suite 1500
New York, New York 10017

Att: Christopher R. Kinkade, Esq. (CK-2950)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 23 2012 ★

BROOKLYN OFFICE

Oslo, 17.7.12

**Lawyer in charge:**
Siv Sandvik

09cv4256 (ADS)

### REGARDING FIRST REQUESTS FOR ADMISSION TO DEFENDANT, ORGANIC HOUSE AS

By the decision of the Oslo Court of Probate and Enforcement dated 3. February 2012, a compulsory dissolution and winding up order, pursuant to the Insolvency Act 1984 (Norway), was issued for

> Organic House AS
> Org. nr. 995 372 819
> Sandakerveien 102 B,
> 0484 Oslo
> Norway

initiated by a petition submitted by the Norwegian Register of Business Enterprises. The court order is enclosed, unfortunately only in Norwegian (enclosure 1). In accordance with Norwegian company legislation the dissolution shall be handled in accordance with the Insolvency Act 1984 (*Konkursloven*) and the Creditors Recovery Act 1984 (*Dekningsloven*). In practice, this means that the winding up proceedings take place in the form of an ordinary bankruptcy proceeding according to Norwegian law.

As liquidator the Court has appointed:

> Attorney-at-law Ms. Siv Sandvik
> Bull & Co Advokatfirma AS
> Observatoriegaten 1 B
> P.O. Box Solli
> No-0203 Oslo
> Norway

During our work with the dissolution we have received a statement of case, "first requests for admission to defendant", dated 11. april 2012 which is sent to the United States district court eastern district of New York, as well as the defendants. The defendants in the case are "Natural Organics, Inc., House of Nature AS, Hans Kåre Lundestad, and Organic House AS".

If your clients have a claim in Organic House AS' estate, they must lodge their claims in duplicate to the liquidator's address <u>as soon as possible.</u>

If a claim is lodged after the insolvency proceeding is finalized, the claim will not be taken into consideration by the liquidator.

If a claim is lodged by fax or e-mail, please send the original claim by regular mail / courier.

Bull & Co Advokatfirma AS > Postadresse: POB 2583 Solli, 0203 Oslo >Besøksadresse: Observatoriegata 1B Oslo > Tlf: + 47 23 01 01 01 > Faks: +47 23 01 01 11
E-post: bull@bullco.no > Internett: www.bullco.no > NO 981 459 326 MVA > Medlem av Den Norske Advokatforening

Copies of invoices or other documentation providing evidence of the claim must be submitted together with the claim.

Any alleged preferential right to dividend from the estate or any alleged security interest, for example floating or fixed charges, pledges, liens, retention of title, right to set-off etc. must be specified and duly documented upon lodging the claim. Also, please state if there are co-debtors who are jointly and severally liable for the claim.

Enclosed, please find an EU standard form with which you may lodge your claim to the estate (you may choose not to use this form).

We can inform that there has not been uncovered any funds belonging to the company. The creditors will most likely not receive any dividend payment as a result of the dissolution.

Due to lack of funds, further work with the dissolution will shortly be suspended, and the company will most likely be deleted from the Norwegian Register of Business Enterprises.

With kind regards,
**Bull & Co Advokatfirma AS**

*[signature: Siv Sandvik]*

Siv Sandvik
Partner
Advokat/Attorney-at-law
E-mail: siv.sandvik@bullco.no
Phone: +47-920 45 921

Enclosure:   1. Court order
             2. EU Standard form

CC:   United States district court eastern district of New York
      225 Cadman Plaza East
      Brooklyn
      NY 11201
      USA





# OSLO BYFOGDEMBETE

**KJENNELSE**

| | |
|---|---|
| **Avsagt:** | 03.02.2012 |
| **Sak nr.:** | 11-192680KON-OBYF/1 |
| **Dommer:** | Dommerfullmektig Nina Borthen |
| **Protokollfører:** | |
| **Saken gjelder:** | Åpning av tvangsoppløsningsbo, manglende revisor, aksjeloven § 16-15 (1) nr 4 |

ORGANIC HOUSE AS            995372819

## KJENNELSE

Oslo byfogdembete har mottatt melding fra Foretaksregisteret om at ovennevnte aksjeselskap ikke på lovlig måte har meldt til Foretaksregisteret en revisor som fyller aksjelovens krav innen den fristen som registeret har kunngjort. Det er heller ikke gitt melding om at manglene senere er rettet.

Vilkårene for å oppløse selskapet i medhold av aksjeloven § 16-15 (1) nr. 4 er etter dette til stede.

## SLUTNING

ORGANIC HOUSE AS, organisasjonsnummer 995372819, Sandakerveien 102 B, 0484 OSLO oppløses

* * * * *

Kjennelsen ble avsagt 03.02.2012 kl. 11:55.

Fristdagen etter dekningsloven § 1-3 antas å være 22.10.2011.
Fristen for fordringsanmeldelser til bostyreren er 09.03.2012.

Som bostyrer ble oppnevnt:
| | | | |
|---|---|---|---|
| Advokat: | Siv Sandvik | | |
| Kontor: | Observatoriegata 1B | Telefon: | 23 01 01 01 |
| Postadr.: | Bull & Co Advokatfirma AS | Telefaks: | 23 01 01 11 |
| | Postboks 2583 Solli, 0203 OSLO | | |

Skiftesamling etter konkursloven § 78 første ledd nr. 3 ble berammet til mandag, 20. februar 2012 kl. 0900 i rettssal 627 i Oslo byfogdembetes lokaler i Oslo tinghus, C.J. Hambros plass 4, Oslo. Skyldneren plikter å møte.

Skyldneren eller skyldnerens lovlige stedfortreder er uberettiget til å forføye over boet eller dets eiendeler, og plikter etter konkursloven kap. XI å bistå bostyreren med å framskaffe oversikt over sine økonomiske forhold mv. Saksøkte pålegges å kontakte bostyreren straks.

Nina Borthen

-3-

Kjennelsen og berammelsen blir å forkynne for skyldneren.

Kjennelsen kan ankes til lagmannsretten. Anke må framsettes direkte for Oslo byfogdembete innen én måned fra forkynningen.

Den som anker må betale ankegebyr på kr 5.160.



*EKSEMPEL*

> «Presentación de crédito»
> "Anmeldelse af fordring"
> „Anmeldung einer Forderung"
> «Αναγγελία απαιτήσεως»
> 'Lodgement of claim'
> «Production de créance»
> «Insinuazione di credito»
> „Indiening van een schuldvordering"
> «Reclamação de crédito»
> "Saatavaa koskeva ilmoitus"
> "Anmälan av fordran"

You may use this form when lodging your claim. Please send the claim to: *, in liquidation, [address], Norway.

| 1. | **PERSONAL DATA** |

| 2. | **INFORMATION ABOUT YOUR CLAIM** |

- **Nature/kind of claim:**
- **Due date:**
- **Amount - principal:** ...........................

Please specify the currency (Euro, NOK, USD etc.), and remember to supply copies of <u>supporting documents</u>.

| 3. | **IN RESPECT OF THIS CLAIM, DO YOU ALLEGE:** |

☐  Any preference
☐  Any security in rem / any security interest (f.ex. pledge, lien, mortgage etc)
☐  Any reservation of title

Please cross the relevant box, enclose copies of the supporting documents and give below a description of assets that are covered by the preference/security interest/title:

..................................................................................................

..................................................................................................

Done at ........................................., date ...............................

Signature ..................................................................................

BULL&CO
ADVOKATFIRMA AS

Bull & Co Advokatfirma AS
Postboks 2583 Solli
NO-0203 Oslo

United States district court eastern district of
225 Cadman Plaza East
Brooklyn
NY 11201
USA

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 23 2012 ★
BROOKLYN OFFICE

NORGE 023.35
0254 ID0575945