| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | CIVIL CONFERENCE | |
| EASTERN DISTRICT OF NEW YORK | | MINUTE ORDER | |

UNITED STATES DISTRICT COURT        CIVIL CONFERENCE
EASTERN DISTRICT OF NEW YORK        MINUTE ORDER

BEFORE:    A. KATHLEEN TOMLINSON    DATE:    8/30/2012
                U.S. MAGISTRATE JUDGE        TIME:    11:11 a.m. (6 minutes)

*Legurnic v. Ciccone, et al.*,
**CV 09-1436 (ADS) (AKT)**

TYPE OF CONFERENCE:    **PRE-TRIAL CONFERENCE**

APPEARANCES:    Plaintiff:    Arnab Bhukta

                      Defendants:    John R. Servider

FTR:    11:11-11:17

SCHEDULING:

The Pre-Trial Conference is re-scheduled to September 6, 2012.

THE FOLLOWING RULINGS WERE MADE:

    Based on counsels' failure to comply with the Orders of the Court as well as the failure to communicate with the Court, today's conference is re-scheduled to September 6. Plaintiff's counsel is directed to file the proposed Joint Pre-Trial Order on ECF by the close of business today.

                                                SO ORDERED

                                               /s/ A. Kathleen Tomlinson
                                               A. KATHLEEN TOMLINSON
                                               U.S. Magistrate Judge