# JOHN A. SERVIDER

ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

December 19, 2012
VIA ELECTRONIC FILING

Honorable Arthur Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE: LEGURNIC vs. CICCONE, et al
INDEX #: 09 CV 1436

Dear Honorable Spatt:

Please be advised that my office represents the Defendant Salvatore Ciccone. Upon consent from Arnab Bhukta we have agreed to adjourn the above-captioned matter, which is scheduled for a status conference on January 8, 2013 to January 22, 2013.

Thank you for your cooperation and understanding

Very truly yours,

JOHN A. SERVIDER
JAS/hc

cc: Arnab Bhukta, Esq.