

LAW OFFICE OF
## ARNAB BHUKTA, PC.

5518 Merrick Rd.
Massapequa, NY 11758
Local: 516.797.9797
Toll Free: 877.507.9797
www.triallawyerny.com

September 4, 2013

**Via ECF**
Honorable Arthur D. Spatt
United States District Court
100 Federal Plaza
Courtroom 1020
Central Islip, New York 11722

RE: SEAN LEGURNIC vs. SALVATORE CICCONE.
Index #: 09-CV-1436 (ADS) (AKT)

Hon. Arthur D. Spatt,

Please find that the undersigned represents the Plaintiff in the above referenced matter, which is presently set for jury selection on September 17, 2013.

I make the instant application to adjourn the jury selection of this matter to the first available date in October, as I will be out of state on September 17, 2013 through the end of October as I have been chosen to attend Gerry Spence's Trial Lawyers College in Wyoming. I was recently invited and wish to utilize this opportunity.

Proof of flight and program can be provided immediately upon request.

For the above reason, I pray that this court adjourn the instant matter.

If you have any questions or need any additional information, please feel free to contact the undersigned.

Very Truly Yours,

Arnab Bhukta

CC:
John Servider, Attorney for the Defendant