# JOHN A. SERVIDER

ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

September 5, 2013
**Via ECF**

Honorable Arthur D. Spatt
United States District Judge
P.O.Box 9014
Central Islip, NY 11722-9014

RE: LEGURNIC vs. CICCONE
CASE NO.: 09 CV 1436

Dear Honorable Spatt:

    Our office is in receipt of the instant application to adjourn the jury selection. Unfortunately, Mr. Servider's client does not consent to the adjournment. In the event the court grants the adjournment, Mr. Servider will not be available until either November 12th, November 13th, November 14th, November 18th, November 19th, or November 20, 2013.

Very truly yours,
JOHN A. SERVIDER

By: *Heather Caraccio*
    Heather Caraccio

cc: Arnab Bhukta, Esq.