# JOHN A. SERVIDER

ATTORNEY AT LAW
65-12 69th Place
Middle Village, New York 11379
(718) 894-6300
FAX (718) 894-4417

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 21 2013 ★

LONG ISLAND OFFICE

September 11, 2013
**Via ECF**

**Honorable Arthur D. Spatt**
**United States District Judge**
P.O. Box 9014
Central Islip, NY 11722-9014

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.

RE: LEGURNIC vs. CICCONE
CASE NO.: 09 CV 1436

Dear Honorable Spatt:

I am in receipt of the notice adjourning the September 17, 2013 trial date to December 9, 2013; however, on December 2, 2013 I am currently scheduled for a two (2) week trial in the Southern District of New York before Honorable Victor Marrero for the case known as *USA vs. William Pazienza*. I would be available for a January trial date commencing January 6, 2014 through January 31, 2014.

Wherefore, I am requesting that this matter be adjourned and I have forwarded a copy of this request to the Plaintiff's attorney.

Very truly yours,

JOHN A. SERVIDER
JAS:hc

cc: Arnab Bhukta, Esq.

Application granted. Jury Selection is adjourned to January 31, 2014 at 9:00 a.m.

/s/ Arthur D. Spatt
U.S.D.J.   9/21/13