

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Docket Number : CV-09-1436 (ADS)

Caption : LEGURNIC v. CICCONE

Jury selection is scheduled for the above entitled action for Monday, March 31, 2014 at 9:00 a.m.

Please be advised that a settlement conference is scheduled for **Tuesday, March 25, 2014 at 11:00 a.m.** in Courtroom 1020. If possible, the Court would like the plaintiff and the defendant to be present as well.

DOUGLAS C. PALMER
CLERK OF COURT

By:_____
Mary Ellen Kirchner
Courtroom Deputy to
Hon. Arthur D. Spatt
1024 Federal Plaza
Central Islip, N.Y. 11722
(631) 712-5625

Dated: Central Islip, New York
       March 20, 2014