EXHIBIT A

BEFORE JUDGE: **ARTHUR D. SPATT**   DATE: **4/2/14**   TIME: **9:30**
DOCKET NUMBER: **CV-09-1436**                     ( 1 hrs 30 mins)

TITLE: **Sean Legurnic v. Salvatore Ciccone**

Court Reporter: **Owen Wicker**

APPEARANCES:

FOR PLAINTIFF(S):   **Arnab Bhukta, Esq.**

FOR DEFENDANT(S):   **John S. Servider, Esq.**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 02 2014 ★
LONG ISLAND OFFICE

**X**  CASE CALLED.

**X**  COUNSEL FOR ALL SIDES PRESENT.

___  COUNSEL FOR_____NOT PRESENT

___  JURY TRIAL ORDERED AND BEGUN. ___ JURORS SWORN.

___  COURT'S PRELIMINARY INSTRUCTIONS.

___  PLAINTIFF'S SUMMATIONS. ___ DEFENDANT'S SUMMATIONS. ___ PLAINTIFF'S REBUTTAL SUMMATIONS.

**X**  TRIAL RESUMES.

**X**  OTHER Salvatore Ciccone Sworn/continues test. Both Sides rest. Oral motions heard on the record. The Plaintiff withdraws the Breach of Fiduciary Duty Claim in the complaint. Pre-charge conference to follow. Jurors to return to 4/3 out 9:30

**X**  TRIAL CONTINUED TO **4/3/14**

___  JURY REACHES VERDICT _____

___  JURY POLLED.   ___ JURY EXCUSED WITH THE THANKS OF THE COURT.

___  TRIAL CONCLUDED.

SO ORDERED
s/ Arthur D. Spatt

ARTHUR D. SPATT, U.S. District Judge

DATED: **4/2/14**